IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Mid City Bank, Inc.,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | 8:14CV346 |
| V. | ) ) | |
| **GALEN E. STEHLIK, as Special Administrator of the Estate of James G. Fitl, Deceased,** | ) ) ) ) | **ORDER** |
| **Defendants.** | ) ) | |

The parties have advised the Court that Patricia Fitl has been appointed Personal Representative of the Estate of James Fitl and, therefore, jointly request that Patricia Fitl be substituted as defendant in this action. (Filing 17.) The parties further request that this action be stayed for an additional 120 days to allow them time to explore possible settlement of this action. The parties' requests will be granted.

Accordingly,

**IT IS ORDERED:**

1. The Motion to Substitute Parties (filing 11) is granted. The Clerk of Court shall substitute Patricia M. Fitl, Personal Representative of the Estate of James G. Fitl, in place of Galen E. Stehlik as the defendant in this action. The case caption shall reflect this substitution.

2. This action is stayed until July 27, 2015. By said date, the parties shall jointly submit a report advising the Court as to the status of this action.

3. Patricia Fitl's Motion to Intervene (filing 10) is denied as moot.

**DATED March 30, 2015.**

                                                        **BY THE COURT:**

                                                        **S/ F.A. Gossett**
                                                        **United States Magistrate Judge**