# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **FEDERAL DEPOSIT INSURANCE CORPORATION**, as Receiver for Mid City Bank, Inc. | )<br>)<br>)<br>) |
| Plaintiff, | ) 8:14CV346 |
| v. | )<br>) Order |
| **PATRICIA M. FITL**, as Special Administrator of the Estate of James G. Fitl, Deceased, | )<br>)<br>)<br>) |
| Defendant. | ) |

This matter is before the court pursuant to the parties' Joint Status Report (Filing No. 31) representing that they were unable to reach a resolution during mediation. Accordingly,

**IT IS ORDERED:**

1. The temporary stay previously ordered by this court (Filing No. 14) is lifted.

2. Defendant shall answer the Amended Complaint (Filing No. 5) on or before May 20, 2016.

3. The parties shall exchange Rule 26(a)(1) disclosures on or before May 25, 2016.

**DATED: May 3, 2016.**

                                                  **BY THE COURT:**

                                                s/ F.A. Gossett
                                                **United States Magistrate Judge**