# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Mid City Bank, Inc.;**<br><br>**Plaintiff,**<br><br>vs.<br><br>**JAMES G. FITL, GALEN E. STEHLIK, as Special Administrator of the Estate of James G. Fitl, Deceased; and PATRICIA M. FITL, as Special Administrator of the Estate of James G. Fitl, Deceased;**<br><br>**Defendants.** | **8:14CV346**<br><br>**ORDER OF DISMISSAL** |

This matter is before the Court on the parties' Stipulation of Dismissal, ECF No. 83. The Stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-captioned action will be dismissed with prejudice, and the Court will not assess costs or attorney's fees. Accordingly,

IT IS ORDERED:

1. The Joint Stipulation of Dismissal, ECF No. 83, is approved;

2. The above-captioned action is dismissed with prejudice;

3. Any pending motions are terminated; and

4. The Court will not assess costs or attorney's fees.

Dated this 26th day of July, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge