IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Mid City Bank, Inc., | 8:14-CV-346 |
| Plaintiff, | ORDER |
| vs. | |
| JAMES G. FITL, et al., | |
| Defendants. | |

On November 3, 2014, a $400 filing fee was paid in this case by Michael L. Johnson on behalf of the Federal Deposit Insurance Corporation as Receiver for Mid City Bank. But pursuant to 12 U.S.C. § 1819(b)(4), "The [Federal Deposit Insurance] Corporation . . . shall not be subject to payments of any filing fees in United States district courts. . . ." Accordingly,

IT IS ORDERED that the $400.00 filing fee be refunded to the law firm initiating the lawsuit on behalf of the Federal Deposit Insurance Corporation in this case.

Dated this 4th day of December, 2020.

BY THE COURT:

John M. Gerrard
Chief United States District Judge